**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Wasiu Oloruntoyin AJAGUN,**
**Defendant–Appellant.**

**No. 08–20542**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 19, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

John Patrick Smith, Houston, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Wasiu Oloruntoyin Ajagun has moved for

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ajagun has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.